**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12-cr-2851-MMA |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| FEDENCIO PEREZ-GONZALEZ, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

**IT IS HEREBY ORDERED** that the Complaint and Indictment in the above-entitled case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

DATED: August 3, 2012

_____
Hon. Michael M. Anello
United States District Judge